UNITED STATES DISTRICT CCOURT

DISTRICT OF NEVADA

| | |
|---|---|
| HEATH VINCENT FULKERSON,<br><br>    Plaintiff,<br><br>vs.<br><br>U.S. SECRET SERVICE, *et al.*,<br><br>    Defendants. | Case No.: 3:20-CV-00227-RCJ-WGC<br><br>ORDER ADOPTING AND ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE (ECF NO. 3) |

  Before the Court is the Report and Recommendation of United States Magistrate Judge William G. Cobb (ECF No. 3[1]) entered on August 18, 2020, recommending that the Court grant Plaintiff's Application to Proceed *In Forma Pauperis* (ECF No. 3). No objection to the Report and Recommendation has been filled.

  This action was referred to Magistrate Judge Cobb under 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 1-4 of the Rules of Practice of the United States District Court for the District of Nevada.

  The Court has considered the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2.

---

[1] Refers to Court's docket number.

**IT IS HEREBY ORDERED** that Magistrate Judge Cobb's Report and Recommendation (ECF No. 3) is **ADOPTED and ACCEPTED**.

**IT IS FURTHER ORDERED** that Plaintiff's IFP Application (ECF No. 1) is **GRANTED.** Plaintiff is permitted to maintain this action without prepaying the filing fee or giving security therefor. This order granting IFP status does not extend to the issuance of subpoenas at government expense.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall file the Complaint (ECF No. 1-1).

**IT IS FURTHER ORDERED** that the action is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall close the case.

**IT IS SO ORDERED**.

Dated this 21st day of September, 2020.

_____
ROBERT C. JONES
United States District Judge